UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT E. HIDALGO,<br><br>        Plaintiff,<br><br>   v.<br><br>ENGLE, et. al.,<br><br>        Defendants. | Case No. 2:20-cv-08406-RGK-PD<br><br>**ORDER ACCEPTING REPORT RE: DEFENDANTS' MOTIONS TO DISMISS AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint, the motions by Defendants Goodwin, Partida, Johnson, Wiggins, and Campa to dismiss the First Amended Complaint, the Report and Recommendation of United States Magistrate Judge ("Report"), Plaintiff's Objections to the Report, and Defendants' Reply to Plaintiff's Objections. The Court has engaged in a de novo review of those portions of the Report to which Plaintiff objected. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

      IT THEREFORE IS ORDERED that the motions by Defendants Goodwin, Partida, Johnson, Wiggins, and Campa to dismiss be granted in full; that the First Amended Complaint as to those Defendants be dismissed

1 | without leave to amend; that the First Amended Complaint against
2 | Defendant Engle, who has not been served, be dismissed without leave to
3 | amend; and that judgment be entered dismissing this action with prejudice.

DATED: September 23, 2021.

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE