JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT E. HIDALGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENGLE, et. al.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-08406-RGK-PD<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 23, 2021.



R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE